# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| GOODVIEW ELECTRONIC (NANJING) CO., LTD., <br><br> Plaintiff-Counterdefendant, <br><br> vs. <br><br> DIGITAL SPECTRUM SOLUTIONS, INC., <br><br> Defendant-Counterclaimant. | Case No.: SACV 09-00530-CJC(ANx) <br><br> JUDGMENT |

In accordance with the Memorandum of Decision issued by the Court on April 25, 2011,

IT IS ORDERED AND ADJUDGED that the Defendant and Counterclaimant Digital Spectrum Solutions, Inc. shall recover from Plaintiff and Counterdefendant Goodview Electronic (NanJing) Co., Ltd. the amount of $354,240.51, which includes prejudgment interest. Defendant shall recover its costs.

DATED: May 11, 2011

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE